UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL PRIESKORN,

    Plaintiff,

v.                                      Case No. 3:15cv417/MCR/CJK

STEPHEN PAUL DEWEY, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court on plaintiff's Notice of Voluntary Dismissal. (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action should be dismissed without prejudice.

    Accordingly, it is respectfully RECOMMENDED:

    1.    That this action be DISMISSED WITHOUT PREJUDICE.

    2.    That the clerk be directed to close the file.

    At Pensacola, Florida, this 4th day of December, 2015.

                                      /s/ *Charles J. Kahn, Jr.*
                                      **CHARLES J. KAHN, JR.**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S.Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:15cv417/MCR/CJK