UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL PRIESKORN,**

    **Plaintiff,**

v.                                     Case No.  3:15cv417/MCR/CJK

**STEPHEN PAUL DEWEY, et al.,**

    **Defendants.**

                               /

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 4, 2015 (doc. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There are no timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  This action is **DISMISSED WITHOUT PREJUDICE.**

3.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of January, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**